**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Liam M Madden** | Social Security number or ITIN **xxx–xx–9783** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN ____ |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | **District of Vermont** | Date case filed for chapter **7   2/19/18** |
| Case number: | **18–10082** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Liam M Madden | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 30 Meeting House Road<br>Rockingham, VT 05101 | |
| 4. | **Debtor's attorney**<br>Name and address | Rebecca A Rice<br>26 West St, Ste 1<br>Rutland, VT 05701–3274 | Contact phone (802) 775–2352<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Douglas J. Wolinsky<br>PO Box 1489<br>Burlington, VT 05402–1489 | Contact phone (802) 864–0880<br>Email _____ |

**For more information, see page 2 >**

Debtor **Liam M Madden**                  Case number **18–10082**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U. S. Bankruptcy Court – Burlington<br>11 Elmwood Ave. Suite 240<br>P.O. Box 1663<br>Burlington, VT 05402–1663 | Hours open: Monday – Friday 9:00 AM – 5:00 PM<br><br>Contact phone (844) 644–7459<br><br>Date: 2/20/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 16, 2018 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**U.S. Bankruptcy Court – Rutland**<br>**U.S. Post Office and Courthouse**<br>**151 West Street, Room 202**<br>**Rutland, VT** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/15/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Vermont

In re:                                                                 Case No. 18-10082-cab
Liam M Madden                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2          User: efh               Page 1 of 2              Date Rcvd: Feb 20, 2018
                              Form ID: 309A           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
```
db            +Liam M Madden,    30 Meeting House Road,    Rockingham, VT 05101-3325
827674        +Able Lending,    c/o Barnett & Garcia,    3821 Juniper Trace, Suite 108,    Austin, TX 78738-5514
827676        +Alina Alvarado,    635 Court Street,    Keene, NH 03431-1720
827677        +Analytical Testing Lab,    345 Trapelo Rd,    Belmont, MA 02478-1856
827678        +Baldor,    155 Food Center Dr,    Bronx, NY 10474-7136
827679        +Black River Produce,    449 River Street,    North Springfield, VT 05150-9756
827680        +Boston Tomato,    117 New England Center,    Chelsea, MA 02150-1711
827683        +Champion Container,    75 Gilmore St,    Sutton, MA 01590-2745
827684        +Chica De Gallo,    189 Elm St,    Everett, MA 02149-5232
827685         Citrus Casa,    TMP GMBH Insutriezeile 47,    3020 Linz, Austria
827686        +Commonwealth Kitchen,    196 Quincy St,    Boston, MA 02121-1996
827687        +Community Source Capital,    220 2nd Ave S,    Seattle, WA 98104-2222
827688         County Clerk,    Travis County, Texas,    P.O. Box 149325,    Austin, TX 78714-9325
827689        +Daniel Nathan - Services,    115 Nahant St,    Lynn, MA 01902-3318
827691        +DiSilva Fruit,    360 Beacham St,    Chelsea, MA 02150-1723
827692        +Dittmar Accounting,    501 Centerville Rd #103,    Warwick, RI 02886-4367
827693         Donna Lomp,    16 Antonellis Circle,    Newton Center, MA 02459
827695        +Huckster Packaging,    6111 Griggs Rd,    Houston, TX 77023-6429
827696        +Lambeth Groves,    505 66th Ave SW,    Vero Beach, FL 32968-9371
827697        +Mass DOT,    10 Park Plaza #4160,    Boston, MA 02116-3979
827698        +Osborne & Fonte,    20 Eastbrook Rd., Suite 304,    Dedham, MA 02026-2087
827699        +Park Medford,    557-B Main St,    Medford, MA 02155-6553
827700        +PayPal Credit,    P.O. Box 5138,    Timonium, MD 21094-5138
827701        +Peskin Courchesne & Allen, PC,    1391 Main St, Ste 201,    Springfield, MA 01103-1642
827702        +Prestige Services Inc,    21214 Schonfield Drive,    Gretna, NE 68028-3977
827703        +RBS Citizens Cc,    1 Citizens Dr,    Ms: Rop 15b,    Riverside, RI 02915-3019
827704        +Richard Napoli,    366 Central St,    Acton, MA 01720-2320
827705         Springfield Medical Care System,    P.O. Box 1612,    Brattleboro, VT 05302-1612
827706       #+State & Bond, LLC,    1145 Main St,    Springfield, MA 01103-2141
827707         The Hartford,    P.O. Box 4247,    Philadelphia, PA 19170-0234
827708        +Time Payment Corp,    100 District Ave,    Burlington, MA 01803-5042
827711        +Yell-o Glo Banana,    250 Beacham St,    Everett, MA 02149-5525
827712        +Zummo,    2310 NW 102nd Pl,    Miami, FL 33172-2517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: Steeplbush@aol.com Feb 20 2018 20:06:29      Rebecca A Rice,    26 West St, Ste 1,
                 Rutland, VT  05701-3274
tr             EDI: BDJWOLINSKY.COM Feb 20 2018 20:08:00      Douglas J. Wolinsky,    PO Box 1489,
                 Burlington, VT  05402-1489
827675        +E-mail/Text: bankruptcy@accioneast.org Feb 20 2018 20:06:31      Accion Usa Inc,
                 80 Maiden Lane, Suite 903,    New York, NY 10038-4740
827682         Fax: 888-777-2057 Feb 20 2018 20:15:55      Cco Mortgage Corp.,    10561 Telegraph Rd,
                 Glen Allen, VA 23059
827690        +EDI: DISCOVER.COM Feb 20 2018 20:08:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
827709        +E-mail/Text: marisa.sheppard@timepayment.com Feb 20 2018 20:06:31      Timepayment Corp Llc,
                 16 New England Executive Office Park S.,    Burlington, MA 01803-5217
827710        +E-mail/Text: accounts.receivable@uline.com Feb 20 2018 20:06:32      Uline,    12575 Uline Drive,
                 Pleasant Prairie, WI 53158-3686
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
827681          Brian Axelrod
827694       ##+Espresso Express,    415 Western Ave,    Brighton, MA 02135-1009
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0210-2          User: efh              Page 2 of 2           Date Rcvd: Feb 20, 2018
                              Form ID: 309A          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              Douglas J. Wolinsky    trustee@primmer.com,
               dwolinsky@primmer.com;VT01@ecfcbis.com;lpaskiewicz@primmer.com;aline@primmer.com
              Rebecca A Rice    on behalf of Debtor Liam M Madden Steeplbush@aol.com,   cohenricebky@aol.com
              U S Trustee    ustpregion02.vt.ecf@usdoj.gov
                                                                                         TOTAL: 3
```